*JH*

**FILED**

OCT X 5 2012

10 - 5 -12

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF ILLINOIS
# EAST

*12 cv 8004*

Suppressed,

                12cv8004
                Judge Holderman
     Plaintiffs,     Mag. Judge Cox      rman

     v.

Suppressed,

                        )   **FILED IN CAMERA AND UNDER SEAL**
                        )   **PURSUANT TO THE FEDERAL FALSE**
                        )   **CLAIMS ACT AND THE FALSE**
     Defendants.        )   **CLAIMS ACTS OF CALIFORNIA,**
                        )   **ILLINOIS, NEW YORK AND**
                        )   **MASSACHUSETTS AND THE**
                        )   **ILLINOIS WHISTLEBLOWER ACT**

## NOTICE OF FILING

**To:**     See Attached Service List.

       **PLEASE TAKE NOTICE THAT** on October 5, 2012, I filed with the United States District Court for the Northern District of Illinois, Eastern Division, the Relator's **COMPLAINT**, *in camera and under seal,* a true and correct copy of which is attached hereto and is hereby served upon you.

                    *Robin Potter*
                    One of Relator's Attorneys

Robin Potter, Esq.                  Gregory Thomas Condon, Esq.
Shankar Ramamurthy, Esq.          William J. Leonard, Esq.
ROBIN POTTER & ASSOCIATES, P.C.   WANG, LEONARD & CONDON
111 E. Wacker Dr., Suite 2600        33 N. LaSalle Street, Suite 2020,
Chicago, IL 60601                  Chicago, Illinois 60602
(312) 861-1800                    (312) 782-1668
robin@potterlaw.org              greg.wlc@gmail.com
shankar@potterlaw.org            bill.wlc@gmail.com

**DOCKETED**

OCT 05 2012

Complaint NOF - suppressed.wpd
October 5, 2012/bl

## SERVICE LIST

Honorable Eric H. Holder Jr.
United States Attorney General
U.S. Department of Justice, P.O. Box 261
Ben Franklin Station
Washington, DC  20044
Phone:  202-307-0231
**via FedEx**

Martha Coakley, Esq.
Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1518
**via FedEx**

Lisa Madigan, Esq.
Attorney General
Chicago Main Office
100 West Randolph Street
Chicago, IL 60601
**via Delivery**

Linda A. Wawzenski, Esq.
Assistant U.S. Attorney and Deputy Chief
United States Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604
**via Delivery**

Eric Schneiderman, Esq.
Attorney General
Office of the Attorney General
Dept. of Law-The Capitol, 2nd Fl.
Albany, NY 12224
**via FedEx**

Brian Finkel, Esq.
California Department of Justice
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108
**via FedEx**

Robin Potter

Complaint NOF - suppressed.wpd
October 5, 2012/bl