## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

12cv 8004

NOTE: In order to appear before this Court an attorney m standing of this Court's general bar or be granted leave to by Local Rules 83.12 through 83.14.

12cv8004
Judge Holderman
Mag. Judge Cox

In the Matter of

UNITED STATES OF AMERICA ex rel. CONSTANTINE ZVEREV, et al., Plaintiffs
v.
USA VEIN CLINICS OF CHICAGO, LLC, et al., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CONSTANTINE ZVEREV, Plaintiff

**FILED**

OCT X 5 2012
10-5-12
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Shankar Ramamurthy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ [signature] | |
| FIRM Robin Potter & Associates, P.C. | |
| STREET ADDRESS 111 East Wacker Drive, Suite 2600 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6306790 | TELEPHONE NUMBER 312-861-1800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |