UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CONSTANTINE ZVEREV, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> USA VEIN CLINICS OF CHICAGO, LLC, *et al.*, <br><br> Defendants. | Case No. 1:12-cv-08004 <br><br> Judge John J. Tharp <br><br> Magistrate Judge Susan E. Cox |

**JOINT MOTION TO STRIKE AND HOLD IN ABEYANCE PRESENTMENT HEARINGS ON PENDING DISCOVERY MOTIONS**

Relator, Constantine Zverev, and Defendants,[1] by their respective undersigned counsel, respectfully jointly move the Court to strike and hold in abeyance hearings on two motions (Dkt. Nos. 171 and 173), which are currently set for presentment to the Court on December 12, 2018, at 9:30 a.m. In support of the motion, the parties state as follows:

1. Currently pending with the Court are two motions, one filed by Relator (*see* Dkt. No. 171), and one filed by Defendants (*see* Dkt. No. 173), both of which entail discovery relating to third parties, and both of which are noticed for presentment to the Court on December 12, 2018, at 9:30 a.m. *See* Dkt. Nos. 174-75.

2. After the two above-referenced discovery motions were filed, the parties engaged in settlement meetings on December 4 and 5, 2018, during which progress was made as to certain aspects of a potential settlement.

---

[1] Defendants are USA Vein Clinics of Chicago, LLC; USA Vein Clinics, LLC; USA Vein Clinics of Boston, LLC; USA Vein Clinics, PC; USA Medical of New York, LLC; USA Vein Clinics, Inc.; and Dr. Yan Katsnelson.

      3.       The parties intend to reconvene settlement talks on the morning of December 12, 2018.

      4.       Because settlement talks are in progress, the parties respectfully submit that it would be prudent for the time being to hold in abeyance hearing on the two above-referenced discovery motions.

      5.       A status conference before the Court is set for January 8, 2019. Dkt. No. 166. If no settlement is reached by that time, the parties respectfully submit that they can advise the Court prior to or at the hearing of the parties' respective views concerning a potential hearing on the motions.

WHEREFORE, the parties respectfully request that the Court strike the currently noticed hearing date for the motions docketed at Dkt. Nos. 171 and 173 and hold those motions in abeyance pending and subject to any further orders of the Court.

Dated: December 6, 2018                              Respectfully submitted,

| | |
|---|---|
| By: */s/ Robin Potter* <br> Robin Potter <br> POTTER BOLANOS LLC <br> 111 East Wacker Drive, Suite 2600 <br> Chicago, Illinois 60601 <br> Tel. (312 861-1800 <br> robin@potterlaw.org <br><br> Gerald Robinson, Esq. <br> Susan Coler, Esq. <br> Nathanial Smith, Esq. <br> HALUNEN LAW <br> 80 South 8th Street <br> IDS Center, Suite 1650 <br> Minneapolis, MN 55402 <br> (612) 605-4098 <br> robinson@halunenlaw.com <br><br> Greg Condon, Esq. | By: */s/ Joseph L. Motto* <br> Joseph L. Motto <br> Jeffrey J. Huelskamp <br> Michael D. Claus <br> Winston & Strawn LLP <br> 35 W. Wacker Drive <br> Chicago, IL 60601 <br> Tel: (312) 558-5600 <br> Fax: (312) 558-5700 <br> jmotto@winston.com <br> jhuelskamp@winston.com <br> mclaus@winston.com <br><br> *Attorneys for Defendants* |

2

Bill Leonard, Esq.
WANG, LEONARD & CONDON
33 North LaSalle Street
Suite 2020
Chicago, Illinois 60602
(312) 782-1668
greg.wlc@gmail.com
bill.wlc@gmail.com

*Attorneys for Relator*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 6, 2018, the foregoing document was served on all counsel of record via the Court's ECF system.

                                                                                 */s/ Joseph L. Motto*