**IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* | ) | |
| CONSTANTINE ZVEREV, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Judge John J. Tharp |
| | ) | Magistrate Judge Susan E. Cox |
| v. | ) | |
| | ) | |
| USA VEIN CLINICS OF CHICAGO, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: See attached service list

**PLEASE TAKE NOTICE** that I will appear before the Honorable Judge John J. Tharp Tuesday, August 20, 2019 during the parties' scheduled Status Hearing at the hour of 9:00 a.m. in the Courtroom usually occupied by him, and then and there present, **PLAINTIFF'S MOTION TO COMPELEXECUTION OF SETTLEMENT AGREEMENT AND PAYMENT OF PROCEEDS**, a copy of which is attached hereto and is hereby served upon you.

Respectfully submitted,
/s/ Robin Potter
One of Plaintiff's Attorneys

| | | |
|---|---|---|
| Robin Potter, Esq. | Gerald Robinson, Esq. | Gregory Condon, Esq. |
| POTTER BOLANOS | Susan Coler, Esq. | William Leonard, Esq. |
| 111 East Wacker Drive, | Nathanial Smith, Esq. | WANG, LEONARD & |
| Suite 2600 | HALUNEN LAW | CONDON |
| Chicago, Illinois 60601 | 80 South 8th Street | 33 North LaSalle Street |
| (312) 861-1800 | IDS Center, Suite 1650 | Suite 2020 |
| robin@potterlaw.org | Minneapolis, MN 55402 | Chicago, Illinois 60602 |
| | (612) 605-4098 | (312) 782-1668 |
| | robinson@halunenlaw.com | greg.wlc@gmail.com |
| | | bill.wlc@gmail.com |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of **PLAINTIFF'S MOTION TO COMPEL EXECUTION OF SETTLEMENT AGREEMENT AND PAYMENT OF PROCEEDS** was served upon all parties by ECF notice on this 14th day of August, 2019.

                                                  /s/ Robin Potter