# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Constantine Zverev

         Plaintiff,

v.                Case No.: 1:12–cv–08004
                 Honorable John J. Tharp Jr.

USA Vein Clinics of Chicago, LLC, et al.

         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 20, 2019:

   MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held and continued to 9/12/19 at 9:00 a.m. If a notice of dismissal is filed before the next hearing date, the hearing will be stricken. Plaintiff orally withdraws her motion to compel [193]. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.