# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE OF CALIFORNIA, the STATE OF ILLINOIS, the COMMONWEALTH OF MASSACHUSETTS, and the STATE OF NEW YORK, *ex rel.* CONSTANTINE ZVEREV, <br><br>       Plaintiff/Relator, <br><br>   v. <br><br>USA VEIN CLINICS OF CHICAGO, LLC; USA VEIN CLINICS, LLC; USA VEIN CLINICS OF BOSTON, LLC; USA VEIN CLINICS, P.C.; USA MEDICAL OF NEW YORK, LLC; USA VEIN CLINICS, INC; and YAN KATSNELSON, an individual, <br><br>       Defendants. | Case No. 12 C 8004 <br> Judge John J. Tharp <br> Magistrate Judge Susan Cox |

## FED R. CIV. P. 41(A) STIPULATION OF DISMISSAL

The undersigned Parties do hereby stipulate and agree pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii) that this action is hereby dismissed in its entirety. The dismissal shall be **without prejudice** as to the United States of America and the States of California, Illinois, the Commonwealth of Massachusetts, and New York, and each consents to the dismissal of this action. The dismissal shall be **with prejudice** as to Plaintiff/Relator Constantine Zverev.

This Stipulation of Dismissal is agreed to by the UNITED STATES OF AMERICA, the STATE OF CALIFORNIA, the STATE OF ILLINOIS, the COMMONWEALTH OF MASSACHUSETTS, and the STATE OF NEW YORK.

Each Party shall bear its own attorneys' fees, costs, and expenses related to this action, except as otherwise settled and agreed by the Parties and their counsel.

Dated: August 29, 2019            Respectfully submitted,

| | |
|---|---|
| Gerald C. Robinson, Esq.<br>Admitted *Pro Hac Vice*<br>HALUNEN LAW<br>80 South 8th Street<br>IDS Center, Suite 1650<br>Minneapolis, MN 55402<br>(612) 605-4098<br>robinson@halunenlaw.com<br>*Attorneys for Plaintiff-Relator Constantine Zverev* | */s/ Robin Potter*<br>Robin Potter, Esq.<br>POTTER BOLANOS<br>111 East Wacker Drive, Suite 2600<br>Chicago, Illinois 60601<br>(312) 861-1800<br>robin@potterlaw.org<br>*Attorneys for Plaintiff-Relator Constantine Zverev* |
| Gregory T. Condon, Esq.<br>William J. Leonard, Esq.<br>WANG, LEONARD & CONDON<br>33 North LaSalle Street, Suite 2020<br>Chicago, Illinois 60602<br>(312) 782-1668<br>Greg.wlc@gmail.com<br>Bill.wlc@gmail.com<br>*Attorneys for Plaintiff-Relator Constantine Zverev* | */s/ Joseph L. Motto*<br>Dan K. Webb<br>Joseph L. Motto<br>Jeffrey J. Huelskamp<br>Michael D. Claus<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600<br>jmotto@winston.com<br>jhuelskamp@winston.com<br>mclaus@winston.com<br>*Attorneys for Defendants* |

**IT IS SO ORDERED:**

                                           Judge John Tharp

**DATED:**